**WILLIAM H. PRUITT, ESQ.**
Nevada Bar No. 6783
**JOSEPH R. MESERVY, ESQ.**
Nevada Bar No. 14088
**BARRON & PRUITT, LLP**
3890 West Ann Road
North Las Vegas, Nevada 89031
Telephone: (702) 870-3940
E-Mail: bpruitt@lvnvlaw.com
*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TANAPONG PARAKAWONG NA AYUTDHAYA; SUKENYA SINGKUM as Special Administratrix of the Estate of TEERANAI PARAKAWONG NA AYUTDHAYA,<br><br>Plaintiffs,<br><br>vs.<br><br>JAMES PATRICK BROGAN and DOES I Through X, inclusive.<br><br>Defendant. | Case No: 2:23-cv-00754-JAD-BNW<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>[ECF No. 19] |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs TANAPONG PARAKAWONG NA AYUTDHAYA and SUKENYA SINGKUM, as Special Administratrix of the Estate of TEERANAI PARAKAWONG NA AYUTDHAYA, by and through their attorneys of record, TINGEY INJURY LAW FIRM, and Defendant JAMES PATRICK BROGAN, by and through his attorneys of record, BARRON & PRUITT, LLP,

///
///
///
///
///
///

1

that the above-entitled matter may be dismissed in its entirety, with prejudice, each party to bear its own costs and fees.

DATED this 2nd day of April, 2025.

BARRON & PRUITT, LLP

/s/ Joseph Meservy
_____
JOSEPH MESERVY, ESQ.
Nevada Bar No. 14088
3890 West Ann Road
North Las Vegas, Nevada 89031
*Attorney for Defendant*

DATED this 2nd day of April, 2025.

TINGEY INJURY LAW FIRM

/s/ Justin Dewey
_____
JUSTIN L. DEWEY, ESQ.
Nevada Bar No. 14508
817 S. Main Street
Las Vegas, Nevada 89101
*Attorney for Plaintiffs*

## ORDER

Based on the parties' stipulation and with good cause appearing, **IT IS HEREBY ORDERED** that this case is **dismissed with prejudice**, with each party to bear its own costs and fees. **The Clerk of Court is directed to CLOSE THIS CASE.**

_____
UNITED STATES DISTRICT JUDGE
Dated: April 3, 2025

| | |
|---|---|
| **From:** | Justin Dewey |
| **To:** | Jaqueline Varela |
| **Cc:** | Alejandra Jimenez; Bill Pruitt; Cree Jacobs |
| **Subject:** | Re: Parakawong v. Brogan - Signed Auths |
| **Date:** | Wednesday, April 2, 2025 11:09:31 AM |

Hi Jaqueline,

You can add my e-signature on this document.

Thank you,

**Justin L. Dewey** | Attorney
Tingey Injury Law Firm | tingeylawfirm.com
817 S. Main Street | Las Vegas, NV 89101
Phone (702) 333-0000 | Fax (702) 333-0001

> On Apr 2, 2025, at 11:05 AM, Jaqueline Varela <JVarela@lvnvlaw.com> wrote:
>
> Good morning,
>
> Please see attached Stipulation and Order to Dismiss. Please advise if we are able to submit to the court.
>
> Thank you,
>
> **Jaqueline Varela|Paralegal**
> barronpruitt.com|jvarela@lvnvlaw.com
> p 702.870.3940|f 702.870.3950
> 3890 West Ann Road
> North Las Vegas NV 89031
> <image001.png>
>
> **From:** Jaqueline Varela
> **Sent:** Friday, February 28, 2025 1:27 PM
> **To:** 'Alejandra Jimenez' <alejandra@tingeylawfirm.com>; Bill Pruitt <BPruitt@lvnvlaw.com>
> **Cc:** Cree Jacobs <cree@tingeylawfirm.com>; Justin Dewey <justin@tingeylawfirm.com>
> **Subject:** RE: Parakawong v. Brogan - Signed Auths
>
> Hi Alejandra,
>
> Yes of course, that works for us as well.
>
> Thank you!